1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  *A Professional Law Corporation*
   4328 Redwood Hwy, Suite 300
3  San Rafael, CA 94903
   Telephone:  415/674-8600
4  Facsimile:  415/674-9900

5  Attorneys for Plaintiff
   CRAIG YATES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CRAIG YATES, an individual, | ) | **CASE NO. CV-11-1371-EMC** |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER RE PLAINTIFF'S LEAVE TO** |
| v. | ) | **AMEND THE COMPLAINT** |
| HOME PLATE CAFÉ; NICHOLAS W. JOHNSON and TERRI PIPER-JOHNSON, CO-TRUSTEES of the NICK JOHNSON and TERRI PIPER-JOHNSON, 2005 TRUST, UAD OCTOBER 17, 2005; REBECCA FISHER STORY and WALLACE L. AMUNDSON, TRUSTEES of the REBECCA C. FISHER TRUST dated OCTOBER 17, 2005; MATTHEW HOWELL; JAMES AGAPOFF JR.; and MARY PEGEEN CARDOZA, an individual dba HOME PLATE CAFÉ, | ) | |
| Defendants. | ) | |

Plaintiff CRAIG YATES, an individual, and Defendant MARY PEGEEN CARDOZA, an individual dba HOME PLATE CAFÉ, by and through the parties respective counsel in the above-mentioned case hereby make the following stipulation:

///

///

///

STIPULATION RE PLAINTIFF'S LEAVE TO AMEND THE COMPLAINT    1

1  **Whereas**, plaintiff has not received a responsive pleading from defendants NICHOLAS
2  W. JOHNSON and TERRI PIPER-JOHNSON, CO-TRUSTEES of the NICK JOHNSON and
3  TERRI PIPER-JOHNSON, 2005 TRUST, UAD OCTOBER 17, 2005; REBECCA FISHER
4  STORY and WALLACE L. AMUNDSON, TRUSTEES of the REBECCA C. FISHER TRUST
5  dated OCTOBER 17, 2005; MATTHEW HOWELL; and JAMES AGAPOFF JR.; and

6  **Whereas**, defendant MARY PEGEEN CARDOZA previously filed her answer to
7  plaintiff's complaint on May 19, 2011; and

8  **Whereas**, plaintiff has discovered that Oliver Dyer-Bennett is a property owner; and

9  **Whereas**, plaintiff seeks to prosecute his action against Oliver Dyer-Bennett.

10  **IT'S STIPULATED** and requested that plaintiff CRAIG YATES be permitted to file a
11
12  First Amended Complaint naming "Oliver Dyer-Bennett" as a defendant in the above-captioned
13  matter.

14  Respectfully Submitted,

15  Dated: May 26, 2011        THOMAS E. FRANKOVICH,
16                             *A PROFESSIONAL LAW CORPORATION*

17

18                             By:  /s/Thomas E. Frankovich
19                                  Thomas E. FRANKOVICH
                                    Attorneys for Plaintiff CRAIG YATES, an individual
20
21  ///
22  ///
23  ///
24  ///
25
26  ///
27  ///
28  ///

Dated: May 26, 2011

GAIL F. FLATT,
***PROVENCHER & FLATT LLP***

By: _____/s/ Gail F. Flatt_____
Gail F. Flatt
Attorneys for Defendant MARY PEGEEN CARDOZA, an individual dba HOME PLATE CAFÉ

## ORDER

Pursuant to the parties' stipulation, **IT IS ORDERED** that plaintiff may file a First Amended Complaint to name Oliver Dyer-Bennett as a defendant and that the answer previously filed by defendant MARY PEGEEN CARDOZA, an individual dba HOME PLATE CAFÉ on May 19, 2011 may serve as defendant's answer to the First Amended Complaint.

Dated: ____6/2____, 2011    _____
Honorable Edward M. Chen
United States District Judge

IT IS SO ORDERED
Judge Edward M. Chen