1 | THOMAS E. FRANKOVICH (State Bar No. 074414)
  | THOMAS E. FRANKOVICH,
2 | *A PROFESSIONAL LAW CORPORATION*
  | 4328 Redwood Hwy., Suite 300
3 | San Rafael, CA 94903
  | Telephone: 415/674-8600
4 | Facsimile: 415/674-9900

5 | Attorneys for Plaintiff CRAIG YATES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual, ) | **CASE NO. CV-11-1371-EMC** |
| ) | |
| Plaintiff, ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER CONTINUING DEADLINE FOR** |
| v. ) | **THE PARTIES TO CONDUCT THE JOINT** |
| ) | **SITE INSPECTION** |
| HOME PLATE CAFÉ; NICHOLAS W. ) | |
| JOHNSON and TERRI PIPER-JOHNSON, ) | |
| CO-TRUSTEES of the NICK JOHNSON ) | |
| and TERRI PIPER-JOHNSON, 2005 ) | |
| TRUST, UAD OCTOBER 17, 2005; ) | |
| REBECCA FISHER STORY and ) | |
| WALLACE L. AMUNDSON, TRUSTEES ) | |
| of the REBECCA C. FISHER TRUST dated ) | |
| OCTOBER 17, 2005; MATTHEW ) | |
| HOWELL; JAMES AGAPOFF JR.; MARY ) | |
| PEGEEN CARDOZA, an individual dba ) | |
| HOME PLATE CAFÉ and OLIVER DYER- ) | |
| BENNETT, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**STIPULATION AND [PROPOSED] ORDER CONTINUING THE DEADLINE FOR THE JOINT SITE INSPECTION** 1

1  Plaintiff CRAIG YATES, an individual and Defendants NICHOLAS W. JOHNSON and
2  TERRI PIPER-JOHNSON, CO-TRUSTEES of the NICK JOHNSON and TERRI PIPER-
3  JOHNSON, 2005 TRUST, UAD OCTOBER 17, 2005; REBECCA FISHER STORY and
4  WALLACE L. AMUNDSON, TRUSTEES of the REBECCA C. FISHER TRUST dated
5  OCTOBER 17, 2005; MARY PEGEEN CARDOZA, an individual dba HOME PLATE CAFÉ;
6  and OLIVER DYER-BENNETT, by and through the parties respective counsel in the above-
7  mentioned case respectfully request and hereby make the following stipulation:

8  1.  **WHEREAS**, plaintiff CRAIG YATES attempted and requested the General
9  Order 56 joint site inspection as ordered by the court to be conducted on October 5, 2011; and

10  2.  **WHEREAS**, prior to the reassignment of this case, plaintiff's counsel Thomas E.
11  Frankovich committed to moving a portion of his office and his primary residence to Mazatlan,
12  Mexico and will be out of the country October 17, 2011 through November 2, 2011 and
13  December 19, 2011 through January 2, 2012; and

14  3.  **WHEREAS**, due to scheduling conflicts and the above-mentioned circumstances,
15  the parties were unable to conduct the joint site inspection; and

16  4.  **WHEREAS**, the parties are currently scheduled to conduct the joint site
17  inspection of the subject premises on Wednesday, December 7, 2011; and

18  5.  **WHEREAS**, the parties, hereto agree, stipulate and respectfully request that the
19  last day for the parties and counsel to conduct the joint inspection of the premises be continued
20  up to and including December 15, 2011.

21  **IT IS STIPULATED**.

22
23  Dated: October 17, 2011          THOMAS E. FRANKOVICH,
                                      *A PROFESSIONAL LAW CORPORATION*
24
25                                    By:  /s/Thomas E. Frankovich
                                      Thomas E. Frankovich
26                                    Attorney for Plaintiff CRAIG YATES

27  ///
28  ///

Dated: October 12, 2011

GAIL F. FLATT,
***PROVENCHER & FLATT LLP***

By: *Gail F. Flatt*
    Gail F. Flatt
Attorneys for Defendant MARY PEGEEN CARDOZA, an individual dba HOME PLATE CAFÉ

Dated: _____, 2011

CRIS C. VAUGHAN,
***VAUGHAN & ASSOCIATES***

By: _____
    Cris C. Vaughan
Attorneys for Defendants NICHOLAS W. JOHNSON and TERRI PIPER-JOHNSON, CO-TRUSTEES of the NICK JOHNSON and TERRI PIPER-JOHNSON, 2005 TRUST, UAD OCTOBER 17, 2005; REBECCA FISHER STORY and WALLACE L. AMUNDSON, TRUSTEES of the REBECCA C. FISHER TRUST dated OCTOBER 17, 2005; and OLIVER DYER-BENNETT

## ORDER

**IT IS SO ORDERED** that the last day for the parties and counsel to conduct the General Order (56) joint inspection of the premises be continued up to and including December 15, 2011.

Dated: _____, 2011

_____
Honorable Edward M. Chen
United States District Judge

| | |
|---|---|
| Dated: _____, 2011 | GAIL F. FLATT,<br>**PROVENCHER & FLATT LLP**<br><br>By: _____<br>Gail F. Flatt<br>Attorneys for Defendant MARY PEGEEN CARDOZA, an individual dba HOME PLATE CAFÉ |
| Dated: 10/17, 2011 | CRIS C. VAUGHAN,<br>**VAUGHAN & ASSOCIATES**<br><br>By: _____<br>Cris C. Vaughan<br>Attorneys for Defendants NICHOLAS W. JOHNSON and TERRI PIPER-JOHNSON, CO-TRUSTEES of the NICK JOHNSON and TERRI PIPER-JOHNSON, 2005 TRUST, UAD OCTOBER 17, 2005; REBECCA FISHER STORY and WALLACE L. AMUNDSON, TRUSTEES of the REBECCA C. FISHER TRUST dated OCTOBER 17, 2005; and OLIVER DYER-BENNETT |

## ORDER

**IT IS SO ORDERED** that the last day for the parties and counsel to conduct the General Order (56) joint inspection of the premises be continued up to and including December 15, 2011.

Dated: October 19, 2011   _____
Honorable Edward M. Chen
United S...

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Edward M. Chen]

STIPULATION AND [PROPOSED] ORDER CONTINUING THE DEADLINE FOR THE JOINT SITE INSPECTION     3