1 THOMAS E. FRANKOVICH (State Bar No. 074414)
2 THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
3 4328 Redwood Hwy., Suite 300
San Rafael, CA 94903
Telephone: 415/674-8600
4 Facsimile: 415/674-9900

5 Attorneys for Plaintiff
CRAIG YATES, an individual,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual, | **CASE NO. CV-11-1371-EMC** |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; AND [PROPOSED] ORDER THEREON** |
| HOME PLATE CAFÉ; NICHOLAS W. JOHNSON and TERRI PIPER-JOHNSON, CO-TRUSTEES of the NICK JOHNSON and TERRI PIPER-JOHNSON, 2005 TRUST, UAD OCTOBER 17, 2005; REBECCA FISHER STORY and WALLACE L. AMUNDSON, TRUSTEES of the REBECCA C. FISHER TRUST dated OCTOBER 17, 2005; MATTHEW HOWELL; JAMES AGAPOFF JR.; MARY PEGEEN CARDOZA, an individual dba HOME PLATE CAFÉ and OLIVER DYER-BENNETT, | Honorable Edward M. Chen |
| Defendants. | |

Plaintiff CRAIG YATES and defendants HOME PLATE CAFÉ; NICHOLAS W. JOHNSON and TERRI PIPER-JOHNSON, CO-TRUSTEES of the NICK JOHNSON and TERRI PIPER-JOHNSON, 2005 TRUST, UAD OCTOBER 17, 2005; REBECCA FISHER STORY and WALLACE L. AMUNDSON, TRUSTEES of the REBECCA C. FISHER TRUST dated OCTOBER

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; and [PROPOSED] ORDER THEREON**
**CASE NO.CV-11-1371-EMC**

1

17, 2005; MATTHEW HOWELL; JAMES AGAPOFF JR.; MARY PEGEEN CARDOZA, an individual dba HOME PLATE CAFÉ and OLIVER DYER-BENNETT, by and through their respective counsel, respectfully request and stipulate, as follows:

1. **WHEREAS,** the parties have reached an agreement in this case and are in the process of securing signatures for the Mutual Settlement Agreement.
2. **WHEREAS**, On June 4, 2012, Plaintiff filed a Notice Of Settlement.
3. **WHEREAS**, the parties believe that the Stipulation For Dismissal will be filed no later than July 30, 2012.
4. **WHEREAS**, the parties, hereto agree, stipulate and respectfully request that the Case Management Conference be rescheduled to a date later than July 30,

IT IS SO STIPULATED.

Dated: June 5, 2012            THOMAS E. FRANKOVICH, ESQ.,
                               **A PROFESSIONAL LAW CORPORATION**

                               By: ____/s/Thomas E. Frankovich____
                                       Thomas E. Frankovich
                               Attorneys for Plaintiff CRAIG YATES, an individual

Dated: June 5, 2012            GAIL F. FLATT,
                               *PROVENCHER & FLATT LLP*

                               By:   /s/ Gail F. Flatt
                                       Gail F. Flatt
                               Attorneys for Defendant MARY PEGEEN CARDOZA, an individual dba HOME PLATE CAFÉ

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; and [PROPOSED] ORDER THEREON**
**CASE NO.CV-11-1371-EMC**

2

| | |
|---|---|
| Dated: June 5, 2012 | CRIS C. VAUGHAN,<br>***VAUGHAN & ASSOCIATES*** |
| | By: /s/ Cris C.Vaughan<br>Cris C. Vaughan<br>Attorneys for Defendants NICHOLAS W. JOHNSON and TERRI PIPER-JOHNSON, CO-TRUSTEES of the NICK JOHNSON and TERRI PIPER-JOHNSON, 2005 TRUST, UAD OCTOBER 17, 2005; REBECCA FISHER STORY and WALLACE L. AMUNDSON, TRUSTEES of the REBECCA C. FISHER TRUST dated OCTOBER 17, 2005; and OLIVER DYER-BENNETT |

### **ORDER**

**IT IS SO ORDERED** that the Case Management Conference set for Monday, April 23, 2012, is vacated and/or continued to August 31, 2012, at 9:00 a.m./ ~~p.m.~~ The parties shall file a Joint Case Management Statement no later than seven (7) days prior to the Conference.

Dated: June 6, 2012

IT IS SO ORDERED
Judge Edward M. Chen
Honorable _____
United States _____ Magistrate Judge

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; and [PROPOSED] ORDER THEREON
CASE NO.CV-11-1371-EMC

3