| | |
|---|---|
| 1 | THOMAS E. FRANKOVICH (State Bar #074414) |
| 2 | THOMAS E. FRANKOVICH *A PROFESSIONAL LAW CORPORATION* |
| 3 | 4328 Redwood Hwy, Suite 300 San Rafael, CA 94903 |
| | Telephone: 415/674-8600 |
| 4 | Facsimile: 415/674-9900 |
| 5 | Attorney For CRAIG YATES, an individual, |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CRAIG YATES, an individual, | ) | **CASE NO. CV-11-1371-EMC** |
| Plaintiff, | ) ) ) | **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON** |
| v. | ) ) | |
| HOME PLATE CAFÉ; NICHOLAS W. JOHNSON and TERRI PIPER-JOHNSON, CO-TRUSTEES of the NICK JOHNSON and TERRI PIPER-JOHNSON, 2005 TRUST, UAD OCTOBER 17, 2005; REBECCA FISHER STORY and WALLACE L. AMUNDSON, TRUSTEES of the REBECCA C. FISHER TRUST dated OCTOBER 17, 2005; MATTHEW HOWELL; JAMES AGAPOFF JR.; MARY PEGEEN CARDOZA, an individual dba HOME PLATE CAFÉ and OLIVER DYER-BENNETT, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(2). Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees.

1  The parties further consent to and request that the Court retain jurisdiction over enforcement of
2  the Agreement. *See* <u>Kokonen v. Guardian Life Ins. Co.</u>, 511 U.S. 375 (1994) (empowering the
3  district courts to retain jurisdiction over enforcement of settlement agreements).
4      Therefore, IT IS HEREBY STIPULATED by and between parties to this action through
5  their designated counsel that the above-captioned action become and hereby is dismissed with
6  prejudice pursuant to Federal Rules of Civil Procedure 41(a)(2).
7      This stipulation may be executed in counterparts, all of which together shall constitute
8  one original document.

11 Dated: August 23, 2012      THOMAS E. FRANKOVICH
    *A PROFESSIONAL LAW CORPORATION*

By: */s/ Thomas E. Frankovich*
    Thomas E. Frankovich
Attorney for DAREN HEATHERLY and IRMA RAMIREZ, each an individual

19 Dated: August 23, 2012      VAUGHAN & ASSOCIATES

By: /s/ Cris C. Vaughan
    Cris C. Vaughan
Attorney for Defendants NICHOLAS W. JOHNSON and TERRI PIPER-JOHNSON, CO-TRUSTEES of the NICK JOHNSON and TERRI PIPER-JOHNSON, 2005 TRUST, UAD OCTOBER 17, 2005; REBECCA FISHER STORY and WALLACE L. AMUNDSON, TRUSTEES of the REBECCA C. FISHER TRUST dated OCTOBER 17, 2005; MATTHEW HOWELL; JAMES AGAPOFF JR.

1  Dated: August 23, 2012                    Provencher & Flatt LLP

4  By: /s/ Gail F. Flatt
   Gail F. Flatt
   Attorney for Defendants MARY PEGEEN
   CARDOZA, an individual dba HOME PLATE
   CAFÉ and OLIVER DYER-BENNETT,

## ORDER

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(2). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary

Dated: ____8/28____, 2012

IT IS SO ORDERED AS MODIFIED

Judge Edward M. Chen

Honorable Edward M. Chen
UNITED STATES DISTRICT COURT

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON          CASE NO. CV-11-1371-EMC

-3-